No. 82–53.   MCCARTHY *v.* THE BARK PEKING ET AL.   C. A. 2d Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Director*,

*OWCP* v. *Perini North River Associates, ante,* p. 297.